**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TRACEY JANT,<br><br>　　Plaintiff<br><br>v.<br><br>USA DRIVERS, INC.,<br><br>　　Defendant | CIVIL ACTION FILE NO.<br><br>1:16-cv-01650-RWS |

## ORDER APPROVING SETTLEMENT

This matter is before the Court on a Joint Motion for Approval of Settlement. The Court finds that Plaintiff's claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Upon review of the proposed Settlement Agreement and Mutual Release, the Court finds that the settlement is a fair and reasonable resolution of the disputes.

THIS PART INTENTIONALLY LEFT BLANK.

Therefore, it is **ORDERED, HELD, and ADJUDGED** that: (1) the Parties' Joint Motion for Approval of Settlement is **GRANTED**, and (2) the Parties' Settlement Agreement and Mutual Release is **APPROVED**.

This __21st__ day of __Feb.__, 20__17__.

_____
Hon. Richard W. Story
United States District Judge